UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **H C & D LLC** | **CASE NO.  6:23-CV-01386** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CASHMAN EQUIPMENT CORP ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

### TRANSFER ORDER

Considering the transfer to this Court of the above-captioned action on October 3, 2023, formerly Case No. 1:22-cv-10224, United States District Court, District of Massachusetts,

IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

(1) File an Application to Practice in this Court;

(2) File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

(3) Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this 5th day of October, 2023.

_____
David J. Ayo
United States Magistrate Judge